United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 11, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 26-32735** |
| **NATHAN DAVID GOMEZ** | § | |
| **DEVON NICOLE GOMEZ** | § | |
| | § | **CHAPTER 7** |
| **DEBTORS** | § | |

**ORDER ON DEBTORS' *EMERGENCY* MOTION TO VACATE ORDER OF DISMISSAL AND TO REINSTATE CHAPTER 7 CASE**

NATHAN DAVID GOMEZ and DEVON NICOLE GOMEZ (the "Debtors") filed a Motion to Vacate Order of Dismissal and to Reinstate Chapter 7 Case.

Debtors NATHAN DAVID GOMEZ and DEVON NICOLE GOMEZ have provided sign declarations that neither debtor had an employer during the applicable period and that neither debtor received employer-issued pay stubs or payment advices that could have been filed with the Court.

Accordingly, it is hereby ordered and adjudged that:

a. the Order of Dismissal entered on June 9, 2026 is hereby vacated;

b. this Chapter 7 case is hereby reinstated to the Court's active docket;

c. the Court accept the attached declarations regarding the absence of payment advices.

Respectfully submitted,

The Ciment Law Firm

**Signed: Thursday, June 11, 2026**

Eduardo V. Rodriguez
Chief United States Bankruptcy Judge